# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | 2:11-mj-00347-CWH-CWH-1 |
| vs. ) | **ORDER** |
| MICHAEL ALLEN HOBBS, ) | |
| Defendant. ) | |

This matter is before the Court on Defendant Michael Allen Hobbs' Motion for Assignment of Federal Investigator (#14), filed on July 3, 2013. Defendant Hobbs indicates that he has unsuccessfully tried to obtain records regarding a Disorderly Conduct charge from 2012. As a result, he requests that the Court assign a federal investigator to look into the issue for him. However, the Court notes that Judgment was entered against Defendant on June 27, 2011 and the case was closed. Morever, Defendant failed to cite any points and authority as required by Local Rule 7-2. Therefore, the Court finds that Defendant did not present good cause for the relief requested and will deny his Motion.

Based on the foregoing and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Defendant Michael Allen Hobbs' Motion for Assignment of Federal Investigator (#14) is **denied**.

DATED this 8th day of July, 2013.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**